UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKY HIATT,

                    Petitioner,                    Case No. 3:25-cv-05790-JHC-TLF

        v.                                          ORDER

JEFFEREY PERKINS,

                    Respondent.

Having reviewed de novo the Report and Recommendation of the Honorable Theresa L. Fricke (Dkt. # 13), United States Magistrate Judge, Petitioner's objections (Dkt. # 14), and the remaining record, the Court finds and ORDERS:

(1)    The Court does not find persuasive any of the objections advanced by Petitioners.  Thus, the Court ADOPTS the Report and Recommendation.

(2)    Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

(3)    A certificate of appealability on this issue is DENIED.

(4)    The Clerk is directed to send copies of this Order to petitioner, counsel for respondent, and the Hon. Theresa L. Fricke.

ORDER - 1

Dated this 15thday of May, 2026.

John H. Chun
United States District Judge

ORDER - 2